CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
WILL P. RIFFELMACHER, CASB No. 273848
will.riffelmacher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

**FILED**
SEP 03 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIMAN RAHBARIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01488-JAM-KJN<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>Date: September 17, 2014<br>Time: 9:30 a.m.<br>Ctrm: 6, 14th Floor<br>Judge John A. Mendez |

Good cause appearing, Plaintiff PAIMAN RAHBARIAN's ("Plaintiff") and defendant JPMORGAN CHASE BANK, N.A.'s (erroneously sued as "JP MORGAN CHASE") ("Defendant"), stipulation and request that the hearing on Defendant's Motion to Dismiss currently set for September 17, 2014 at 9:30 a.m. before the Honorable John A. Mendez be continued to October 15, 2014 at 9:30 a.m. is hereby granted. Pursuant to Eastern District of California Local Rule 230, the briefing schedule will be reset to account for the new hearing date on Defendant's Motion to Dismiss.

IT IS SO ORDERED.

DATED: 9-3-2014

_____
UNITED STATES DISTRICT COURT JUDGE