```
CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
WILL P. RIFFELMACHER, CASB No. 273848
will.riffelmacher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.
```

**FILED**

MAY 2 7 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIMAN RAHBARIAN, an individual,<br><br>                         Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE; and DOES 1 through 20, inclusive,<br><br>                         Defendants. | Case No. 2:14-cv-01488-JAM-KJN<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER SECOND AMENDED COMPLAINT**<br><br>Judge John A. Mendez |

Plaintiff PAIMAN RAHBARIAN ("Plaintiff") and defendant JPMORGAN CHASE BANK, N.A. (erroneously sued as "JP MORGAN CHASE") ("Defendant"), by and through their counsel of record, hereby stipulate and request that the Court extend Defendant's time to Answer Plaintiff's Second Amended Complaint from May 27, 2015 to June 5, 2015.

The Parties enter into this stipulation for an extension because Defendant requires additional time to prepare its Answer before filing and Plaintiff has agreed to this extension. Accordingly, the parties jointly request that the Court to continue the May 27, 2015 deadline to file the Answer by nine (9) days, to June 5, 2015.

///

///

1 **IT IS SO STIPULATED**

3 DATED: May 22, 2015

/s/ Will P. Riffelmacher
CARA L. FINAN
WILL P. RIFFELMACHER
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.


/s/ Eric Andrew Mercer (as authorized on May 2 2, 2015)
Eric Andrew Mercer
LAW OFFICE OF ERIC ANDREW MERCER
Attorney for Plaintiff
PAIMAN RAHBARIAN

- 2 -

KYL_681233v1

STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER SECOND AMENDED COMPLAINT – CASE No. 2:14-cv-01488-JAM-KJN

CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
WILL P. RIFFELMACHER, CASB No. 273848
will.riffelmacher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIMAN RAHBARIAN, an individual, | Case No. 2:14-cv-01488-JAM-KJN *GGH* |
| Plaintiff, | [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER SECOND AMENDED COMPLAINT |
| vs. | |
| JP MORGAN CHASE; and DOES 1 through 20, inclusive, | Judge John A. Mendez |
| Defendants. | |

Good cause appearing, Plaintiff PAIMAN RAHBARIAN's ("Plaintiff") and defendant JPMORGAN CHASE BANK, N.A.'s (erroneously sued as "JP MORGAN CHASE") ("Defendant"), stipulation and request that Defendant's time to Answer Plaintiff's Second Amended Complaint be extended from May 27, 2015 to June 5, 2015, is hereby granted.

IT IS SO ORDERED.

DATED: May 27, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

- 1 -

KYL_SF681234

[PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER SECOND AMENDED COMPLAINT – Case No. 2:14-cv-01488-JAM-KJN