CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
WILL P. RIFFELMACHER, CASB No. 273848
will.riffelmacher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIMAN RAHBARIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:14-cv-01488-JAM-KJN<br><br>Action Filed:  May 20, 2014<br><br>**REQUEST TO APPEAR BY TELEPHONE AT MOTION TO COMPEL HEARING; ORDER**<br><br>Date:   May 26, 2016<br>Time:   10:00 a.m.<br>Ctrm:   25, 8th Floor<br>          UNITED STATES MAGISTRATE<br>          JUDGE KENDALL J. NEWMAN |

Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") hereby requests that its counsel of record, Will Riffelmacher, be permitted to appear by telephone at the hearing on Defendant's Motion to Compel (Dkt. 36), which has been scheduled for May 26, 2016, at 10:00 a.m.  Defendant makes this request because its counsel is located in San Francisco, California, and the distance and time required to travel to Sacramento would create an additional expense for Defendant.  Counsel for Defendant believes that participating in the hearing telephonically would be more efficient and would not prejudice the other parties.  Should this Court allow Defendant to appear telephonically at the above-mentioned hearing, Defendant's counsel, Will Riffelmacher, may be reached at the following telephone number: (415) 398-6000 (ext. 415).

- 1 -

| | | |
|---|---|---|
| 1 | DATED:  May 25, 2016 | /s/ Will Riffelmacher |
| 2 | | CARA L. FINAN |
| | | WILL P. RIFFELMACHER |
| 3 | | KEESAL, YOUNG & LOGAN |
| | | Attorneys for Defendant |
| 4 | | JPMORGAN CHASE BANK, N.A. |

REQUEST TO APPEAR BY TELEPHONE AT MOTION TO COMPEL HEARING; [PROPOSED] ORDER
Case No. 2:14-cv-01488-JAM-KJN
**Error! Unknown document property name.**

# ORDER

IT IS HEREBY ORDERED that Defendant JPMORGAN CHASE BANK, N.A.'s counsel of record, Will Riffelmacher, may appear by telephone at the hearing on Defendant's Motion to Compel, scheduled for May 26, 2016 at 10:00 a.m. in Courtroom 25 of the United States District Court for the Eastern District of California, Sacramento division.  Counsel shall contact Court Call in advance of the Motion Hearing to arrange for the telephonic appearance.

Dated:  May 26, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE