CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
WILL P. RIFFELMACHER, CASB No. 273848
will.riffelmacher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIMAN RAHBARIAN, an individual, | Case No. 2:14-cv-01488-JAM-KJN |
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| vs. | |
| JP MORGAN CHASE; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Good cause appearing, and in light of the parties' Stipulation, the discovery cutoff of June 3, 2016 shall be extended to August 2, 2016 in accordance with United States Magistrate Judge Kendall J. Newman's Order granting Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Compel (ECF 46) and in order to provide sufficient time for a ruling on Chase's pending Motion for Judgment on the Pleadings (ECF 37).

**IT IS SO ORDERED**.
DATED: 6/2/2016

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

- 1 -