Eric Andrew Mercer, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 361-6022
Facsimile:   (916) 361-6023
Email:       mercerlegal@me.com

Attorney for Plaintiff PAIMAN RAHBARIAN

CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAIMAN RAHBARIAN, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>JP MORGAN CHASE; and DOES 1 through 20 inclusive,<br><br>           Defendants. | Case No. 2:14-cv-01488-JAM-KJN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br><br>Complaint Filed: May 16, 2014 |

1 The Court, having read and considered the Stipulation of Dismissal with Prejudice by and between PAIMAN RAHBARIAN ("Plaintiff") and Defendant JPMORGAN CHASE BANK, N.A. ("Defendant") (collectively, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1. This action, and each and every claim asserted in this action against all parties in the action, is dismissed in its entirety;

2. The dismissal is with prejudice; and

3. Each of the Parties is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 9/30/2016

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge